## Relaco Rosin Products Company, Inc., Appellant, v. National Casein Company and Louis T. Cook, Appellees.

### Gen. No. 42,133.

Heard in the second division, first district, this court at the February term, 1942; opinion filed December 14, 1943. Herbert F. Geisler, for appellant; Thomas L. Owens, of counsel; Edward E. Contarsy and Harry G. Fins, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.